IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN



2009 SEP -3 AM 9: 42

NORTHERN DISTRICT
YOUNGSTOWN

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-43593 |
| | ) | |
| PHYLLIS COOLEY | ) | |
| | ) | JUDGE KAY WOODS |
| | ) | |
| | ) | |
| Debtor(s) | ) | TRANSMITTAL OF UNCLAIMED |
| | ) | FUNDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

1.    Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the persons to whom such unnegotiated check was issued, the amount of such check and its last known address is:

> True Logic Financial Corp.
> PO Box 4238
> Englewood, CO  80115

$1,111.68

**Total**                                        **$1,111.68**

2. My Trustee's check for $1111.68 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3.Nothing further remains to be done in this case.

DATE: 08/31/09

/s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
Chapter 7 Trustee
150 E. Market St.
Suite 300
Warren, OH 44481
(330) 392-8551
Fax no. : (330) 392-7030
buzulenciatrustee@mahoningvalleylaw.com
OHIO BAR REG. NO. 0015291

## CERTIFICATE OF SERVICE

A copy of the foregoing Transmittal of Unclaimed funds was sent by electronic transmission on this __31st__ day of __August__, 2009 to:

U.S. Trustee
Howard M. Metzenbaum U.S. Court House
201 Superior Ave., Room 441
Cleveland, OH 44114

/s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
CHAPTER 7 TRUSTEE